**Order filed January 23, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00881-CV
_____

### H.U.S.A MANAGEMENT, INC., Appellant

### V.

### LEVINSON ALCOSER ASSOCIATES, L.P., Appellee

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2016-87316**

## ABATEMENT ORDER

On December 19, 2017, we abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-36536. *See* Tex. R. App. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, the court has learned that:

1. the last activity in cause number 17-36536 was on January 25, 2018;

2. cause number 17-36536 was jointly administered with cause number 17-36535;

3. cause number 17-36535 was terminated by final order signed February 11, 2019;

4. a motion to vacate the February 11, 2019 order and reopen the proceeding was filed in cause number 17-36535 on February 22, 2019; and

5. the bankruptcy court signed an order on April 4, 2019 requiring certain actions but declining to reopen cause number 17-36535.

The parties shall file a report with this court explaining whether this appeal must remain abated. The report shall be filed by **February 3, 2020**.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

2